Fannie Friend, appellant, v. Hotel Del Prado Company, appellee. Gen. No. 40,054.

Opinion filed October 10, 1938.

Frank J. Jacobson and John B. King, for appellant.   Louis B. Simon, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Marie A. Phillips, appellee, v. Equitable Life Assurance Society of the United States, appellant.   Gen. No. 40,211.

Opinion filed October 10, 1938.

Mayer, Meyer, Austrian & Platt, for appellant; Miles G. Seeley, of counsel.   O'Brien & Hanrahan and Arthur E. Walsh, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

George L. Fredericks, appellee, v. Albert R. Urbach et al., defendants, and Robert Anderson et al., appellants.   Gen. No. 40,230.

Opinion filed October 10, 1938.   Opinion slightly modified and rehearing denied October 24, 1938.

Harris F. Williams, for appellants; B. Blakeney Harris, of counsel. William G. Thon, for appellee; Chas. H. Soelke, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Donna Marie Hansen, minor, by Louise Hansen, her mother and next friend, appellee, v. Hazel Spahr, appellant.   Gen. No. 40,113.

Opinion filed October 10, 1938.

Beverly & Klaskin, for appellant; Samuel T. Klaskin, of counsel. Guy C. Guerine and Chester M. Carson, for appellee; Guy C. Guerine, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.